UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
GLENCLOVA INVESTMENT CO., a Cayman   :
Islands corporation,                                         :
                                                             :   Case No. 1:08-cv-07140-JFK
                         Plaintiff,                          :
                                                             :
        - against -                                          :   **STATEMENT OF DEFENDANT**
                                                             :   **TRANS-RESOURCES, INC.**
TRANS-RESOURCES, INC., a Delaware    :   <u>**PURSUANT TO FED. R. CIV. P. 7.1**</u>
corporation, and TPR INVESTMENT      :
ASSOCIATES INC., a Delaware corporation,    :
                                                             :
                         Defendants.         :
-------------------------------------------------------------x

       Pursuant to Fed R. Civ. P. 7.1, defendant Trans-Resources, Inc. states that it has no parent corporation and that no publicly held company owns 10 percent or more of its stock.

Dated: New York, New York
       August 25, 2008

                            FRIEDMAN KAPLAN SEILER
                                & ADELMAN LLP

                            s/ Robert J. Lack
                            Robert J. Lack
                            Chad M. Leicht
                            1633 Broadway
                            New York, NY 10019-6708
                            (212) 833-1100
                            rlack@fklaw.com

                            *Attorneys for Defendant Trans-Resources, Inc.*