## CERTIFICATE OF SERVICE

I, Chad M. Leicht, certify that on the 25th day of August 2008, an Answer of Trans-Resources, Inc. and Statement of Defendant Trans-Resources, Inc. Pursuant to Federal Rule of Civil Procedure 7.1 was electronically filed on behalf of Defendant Trans-Resources, Inc., with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to William Patrick Frank, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036, counsel for plaintiff (defendant TPR Investment Associates Inc. not having appeared in the action).

Dated: New York, New York
August 26, 2008

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

s/ Chad M. Leicht
Robert J. Lack
Chad M. Leicht
1633 Broadway
New York, NY 10019-6708
(212) 833-1100
rlack@fklaw.com

*Attorneys for Defendant Trans-Resources, Inc.*

640145.1