UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLENCLOVA INVESTMENT CO., a Cayman Islands corporation,<br><br>            Plaintiff,<br><br>    - against -<br><br>TRANS-RESOURCES, INC., a Delaware corporation, and TPR INVESTMENT ASSOCIATES, INC., a Delaware corporation,<br><br>            Defendants. | <u>ORDER</u><br><br>Case No. 08-CV7140 (JFK) |
| TPR INVESTMENT ASSOCIATES, INC.,<br><br>            Third-Party Plaintiff,<br><br>    - against -<br><br>ARIE GENGER,<br><br>            Intervenor Defendant, Third Party Defendant and Counterclaim Plaintiff |  |
| ARIE GENGER,<br><br>            Counterclaim Plaintiff<br><br>    - against -<br><br>GLENCLOVA INVESTMENT CO., and TPR INVESTMENT ASSOCIATES, INC.,<br><br>            Counterclaim Defendants<br><br>    - and -<br><br>SAGI GENGER, DALIA GENGER, THE SAGI GENGER 1993 TRUST, ROCHELLE FANG, Individually and as Trustee of the SAGI GENGER 1993 TRUST, TR INVESTORS, LLC, NEW TR EQUITY I, LLC, NEW TR EQUITY II, LLC, JULES TRUMP, EDDIE TRUMP and MARK HIRSCH,<br><br>            Third Party Defendants | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE: 10-14-11

WHEREAS, on October 14, 2011, Plaintiff Glenclova Investment Co. ("Glenclova), together with third-party defendants TR Investors, LLC, New TR Equity I, LLC, New TR Equity II, LLC, Jules Trump, Eddie Trump and Mark Hirsch (collectively, the Trump Group Defendants") will be filing a Memorandum of Law in Support of Motion of their Motion to Dismiss Arie Genger's "Counterclaims" and Motion to Strike Affirmative Defenses (the "Motion to Dismiss Brief"),

WHEREAS, Glenclova and the Trump Defendants have requested a ten (10) page extension for the Motion to Dismiss Brief (the "Request"),

NOW, THEREFORE, the Request is GRANTED. Glenclova and the Trump Defendants may file the Motion to Dismiss Brief in a form not to exceed 35 pages.

SO ORDERED:

_____        _10/14/11_____
Honorable John F. Keenan                Date
United Stated District Judge