UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCT 25

| | |
|---|---|
| GLENCLOVA INVESTMENT CO., a Cayman Islands Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRANS-RESOURCES, INC., a Delaware Corporation, and TPR INVESTMENT ASSOCIATES, INC., a Delaware Corporation,<br><br>Defendants. | Civil Action No. 08-CV-7140 (JFK)<br><br><br><br><br><br><br><br><br><br>**STIPULATION** |
| TPR INVESTMENT ASSOCIATES, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ARIE GENGER,<br><br>Intervener/Defendant, Third Party Defendant, and Counterclaim Plaintiff. | |
| ARIE GENGER,<br><br>Counterclaim Plaintiff,<br><br>-against-<br><br>GLENCLOVA INVESTMENT CO., and TPR INVESTMENT ASSOCIATES, INC.,<br><br>Counterclaim Defendants<br><br>-and-<br><br>SAGI GENGER, DALIA GENGER, THE SAGI GENGER 1993 TRUST, ROCHELLE FANG, Individually and as Trustee of THE SAGI GENGER 1993 TRUST, TR INVESTORS, LLC, NEW TR EQUITY I, | |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-27-11

LLC, NEW TR EQUITY II, LLC, JULES
TRUMP, EDDIE TRUMP, MARK HIRSCH
and TRANS-RESOURCES, INC.

Additional Defendants on the Counterclaim.

WHEREAS on October 14, 2011 the following Counterclaim-Defendants served their respective Motions to Dismiss and Motions to Strike Affirmative Defenses:

(i) Glencova Investment Co., TR Investors, LLC, New TR Equity I, LLC, New TR Equity II, LLC, Jules Trump, Eddie Trump, and Mark Hirsch;

(ii) TPR Investment Associates, Inc. and the Sagi Genger 1993 Trust;

(iii) Sagi Genger;

(iv) Dalia Genger;

(v) Rochelle Fang individually and as Trustee of Sagi Genger 1993 Trust;

NOW THEREFORE it is Stipulated and Agreed by and among the undersigned counsel for the respective parties to this action that Counterclaim Plaintiff Arie Genger's Opposition papers with respect to these motions shall be due on or before November 22, 2011, with Reply Briefs on the motions due on or before December 9, 2011.

DATED: New York, New York
October 20, 2011

MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Lauren J. Wachtler
Paul D. Montclare (pdm@msk.com)
Lauren J. Wachtler (ljw@msk.com)
12 E. 49th Street, 30th Floor
New York, New York 10017
(212) 509-3900
*Attorneys for Plaintiff ARIE GENGER*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ William P. Frank
William P. Frank *with permission /JFK/*
(william.frank@skadden.com)
Four Times Square
New York, New York 10036
(212) 735-3000
*Attorneys for the GLENCLOVA INVESTMENT CO., TR INVESTORS, LLC, NEW TR EQUITY I, LLC, NEW TR EQUITY II, LLC, JULES TRUMP, EDDIE TRUMP, MARK HIRSCH and TRANS-RESOURCES, INC.*

DUANE MORRIS LLP

By: /s/ John Dellaportas
John Dellaportas (dellajo@duanemorris.com) *with permission /JFK/*
Evan Michailidis
(emichailidis@duanemorris.com)
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for TPR and the SAGI TRUST*

LYONS McGOVERN, LLP

By: /s/ Diane B. Cavanaugh
Desmond C. B. Lyons *with permission /JFK/*
Diane B. Cavanaugh (dcavanaugh@lyons-mcgovern.com)
399 Knollwood Road, Suite 216
White Plains, New York 10603
(914) 631-1336
*Attorneys for Counterclaim-Defendant Rochelle Fang*

McLAUGHLIN & STERN, LLP

By: /s/ Alan E. Sash
Alan E. Sash (asash@mclaughlinstern.com) *with permission /JFK/*
260 Madison Avenue
New York, New York 10016
(212) 448-1100
*Attorneys for Defendant SAGI GENGER*

PEDOWITZ & MEISTER, LLP

By: /s/ Robert A. Meister
Robert A. Meister *with permission /JFK/*
(robert.meister@pedowitzmeister.com)
1501 Broadway, Suite 800
New York, New York 10036
(212) 403-7321
*Attorneys for Counterclaim-Defendant, DALIA GENGER*

```
SO ORDERED.
Dated:  New York, N.Y.
        October 27, 2011

        /s/ John F. Keenan
        _____
              U.S.D.J.
```