DOC # 80

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GLENCLOVA INVESTMENT CO., a Cayman Islands corporation,

    Plaintiff,

- against -

TRI, INC., a Delaware corporation, and TPR INVESTMENT ASSOCIATES, INC., a Delaware corporation,

    Defendants.

TPR INVESTMENT ASSOCIATES, INC.,

    Third-Party Plaintiff,

- against -

ARIE GENGER,

    Intervenor Defendant, Third Party Defendant and Counterclaim Plaintiff

ARIE GENGER,

    Counterclaim Plaintiff

- against -

GLENCLOVA INVESTMENT CO., and TPR INVESTMENT ASSOCIATES, INC.,

    Counterclaim Defendants

- and -

SAGI GENGER, DALIA GENGER, THE SAGI GENGER 1993 TRUST, ROCHELLE FANG, Individually and as Trustee of the SAGI GENGER 1993 TRUST, TR INVESTORS, LLC, NEW TR EQUITY I, LLC, NEW TR EQUITY II, LLC, JULES TRUMP, EDDIE TRUMP and MARK HIRSCH,

    Third Party Defendants

Case No. 08-CV7140 (JFK)

## NOTICE OF MOTION FOR ADMISSION
## PRO HAC VICE OF THOMAS J. ALLINGHAM II

Q:\Documents and Settings\wfrank\Local Settings\Temporary Internet Files\OLK25\will-635043-1.doc     MSW - Draf

PLEASE TAKE NOTICE that, upon the declarations of William P. Frank and Thomas J. Allingham II and all prior pleadings and proceedings in this case, William P. Frank, a member in good standing of the bar of this Court, hereby respectfully moves this Court for an order pursuant to Rule 1.3(c) of the Rules of the United States District Court for the Southern District of New York, admitting Thomas J. Allingham II to the bar of this Court *pro hac vice*. For the Court's convenience, a form of Order is annexed hereto.

Dated: October 27, 2011

                                      Respectfully Submitted,

                                      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                      William P. Frank
                                      Four Times Square
                                      New York, New York 10036
                                      (212) 735-3000
                                      William.Frank@skadden.com

                                      *Attorneys for Glenclova Investment Co., TR Investors, LLC, New TR Equity I, LLC, New TR Equity II, LLC, Jules Trump, Eddie Trump and Mark Hirsch*

| | |
|---|---|
| GLENCLOVA INVESTMENT CO., a Cayman Islands corporation,<br><br>     Plaintiff,<br><br>    - against -<br><br>TRI, INC., a Delaware corporation, and TPR INVESTMENT ASSOCIATES, INC., a Delaware corporation,<br><br>     Defendants. | Case No. 08-CV7140 (JFK) |

TPR INVESTMENT ASSOCIATES, INC.,

     Third-Party Plaintiff,

    - against -

ARIE GENGER,

     Intervenor Defendant, Third Party
     Defendant and Counterclaim Plaintiff

ARIE GENGER,

     Counterclaim Plaintiff

    - against -

GLENCLOVA INVESTMENT CO., and TPR INVESTMENT ASSOCIATES, INC.,

     Counterclaim Defendants

    - and -

SAGI GENGER, DALIA GENGER, THE SAGI GENGER 1993 TRUST, ROCHELLE FANG, Individually and as Trustee of the SAGI GENGER 1993 TRUST, TR INVESTORS, LLC, NEW TR EQUITY I, LLC, NEW TR EQUITY II, LLC, JULES TRUMP, EDDIE TRUMP and MARK HIRSCH,

     Third Party Defendants

# DECLARATION OF WILLIAM P. FRANK
# IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

William P. Frank declares as follows:

1. I am a member of the bar of this Court and of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for plaintiff/crossclaim defendant Glenclova Investment Co. and third party defendants TR Investors, LLC, New TR Equity I, LLC, New TR Equity II, LLC, Jules Trump, Eddie Trump and Mark Hirsch. I submit this declaration in support of the motion, pursuant to Rule 1.3(c) of the Rules of the United States District Court for the Southern District of New York (the "Local Rules"), for admission *pro hac vice* of Thomas J. Allingham II to the bar of this Court.

2. Mr. Allingham is member in the Wilmington, Delaware office of the firm of Skadden, Arps, Slate, Meagher & Flom LLP, with offices at One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899 and is a member in good standing of the Bar of the State of Delaware. He also is admitted to practice before the United States District Court for the District of Delaware, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, and United States Supreme Court. Mr. Allingham is also a member of the bar for the State of New Jersey (inactive).

3. Mr. Allingham is familiar with the Federal Rules of Civil Procedure and the Local Rules.

4. Accordingly, I respectfully request that Mr. Allingham be admitted *pro hac vice* to the bar of this Court.

2
Q:\Documents and Settings\wfrank\Local Settings\Temporary Internet Files\OLK25\will-635042-1.doc                    MSW

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: October 27, 2011

_____
William P. Frank

Q:\Documents and Settings\wfrank\Local Settings\Temporary Internet Files\OLK25\will-635042-1.doc    MSW

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLENCLOVA INVESTMENT CO., a Cayman Islands corporation,<br><br>Plaintiff,<br><br>- against -<br><br>TRI, INC., a Delaware corporation, and TPR INVESTMENT ASSOCIATES, INC., a Delaware corporation,<br><br>Defendants. | Case No. 08-CV7140 (JFK) |

TPR INVESTMENT ASSOCIATES, INC.,

Third-Party Plaintiff,

- against -

ARIE GENGER,

Intervenor Defendant, Third Party
Defendant and Counterclaim Plaintiff

---

ARIE GENGER,

Counterclaim Plaintiff

- against -

GLENCLOVA INVESTMENT CO., and TPR INVESTMENT ASSOCIATES, INC.,

Counterclaim Defendants

- and -

SAGI GENGER, DALIA GENGER, THE SAGI GENGER 1993 TRUST, ROCHELLE FANG, Individually and as Trustee of the SAGI GENGER 1993 TRUST, TR INVESTORS, LLC, NEW TR EQUITY I, LLC, NEW TR EQUITY II, LLC, JULES TRUMP, EDDIE TRUMP and MARK HIRSCH,

Third Party Defendants

**DECLARATION OF THOMAS J. ALLINGHAM II
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

THOMAS J. ALLINGHAM II declares as follows:

1. I am a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, and maintain my office at One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636. My telephone number is (302) 651-3070 and my email address is thomas.allingham@skadden.com. I submit this declaration in support of the motion, pursuant to Rule 1.3(c) of the Rules of the United States District Court for the Southern District of New York (the "Local Rules"), for my admission *pro hac vice* to the bar of this Court.

2. I am a member in good standing of the Bar of the State of Delaware, having been admitted to that bar in 1978. I attach, as Exhibit A, a Certificate of Good Standing, dated October 11, 2011, issued by the Clerk of the Delaware Supreme Court. I am also a member of the bar for the State of New Jersey (inactive), and also admitted to practice before the United States District Court for the District of Delaware, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, and United States Supreme Court.

3. I have not been subjected to disciplinary action of any sort, including censure, suspension, contempt, or disbarment in any state, nor do I have any grievance pending against me.

4. I am familiar with the Federal Rules of Civil Procedure and the Local Rules. I agree to be bound by the rules governing the Courts in the State of New York and the Southern District of New York.

5. I respectfully request admission *pro hac vice* to this Court on behalf of plaintiff/counterclaim defendant Glenclova Investment Co. and third party defendants TR

2

Investors, LLC, New TR Equity I, LLC, New TR Equity II, LLC, Jules Trump, Eddie Trump and Mark Hirsch

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: October 27, 2011

_____
Thomas J. Allingham II

3

## SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Thomas J. Allingham, II** was admitted to practice as an attorney in the Courts of this State on **February 9, 1978** is an *active* member of the Bar of the Supreme Court of the State of Delaware in good standing.

**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 11th day of October 2011.

*Cathy L. Howard*
Cathy L. Howard
Clerk of the Supreme Court



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| GLENCLOVA INVESTMENT CO., a Cayman Islands corporation, |
| Plaintiff, |
| - against - |
| TRI, INC., a Delaware corporation, and TPR INVESTMENT ASSOCIATES, INC., a Delaware corporation, |
| Defendants. |
| TPR INVESTMENT ASSOCIATES, INC., |
| Third-Party Plaintiff, |
| - against - |
| ARIE GENGER, |
| Intervenor Defendant, Third Party Defendant and Counterclaim Plaintiff |
| ARIE GENGER, |
| Counterclaim Plaintiff |
| - against - |
| GLENCLOVA INVESTMENT CO., and TPR INVESTMENT ASSOCIATES, INC., |
| Counterclaim Defendants |
| - and - |
| SAGI GENGER, DALIA GENGER, THE SAGI GENGER 1993 TRUST, ROCHELLE FANG, Individually and as Trustee of the SAGI GENGER 1993 TRUST, TR INVESTORS, LLC, NEW TR EQUITY I, LLC, NEW TR EQUITY II, LLC, JULES TRUMP, EDDIE TRUMP and MARK HIRSCH, |
| Third Party Defendants |

Case No. 08-CV7140 (JFK)

Upon the motion of William P. Frank, attorney for plaintiff/counterclaim

defendant Glenclova Investment Co. and third party defendants TR Investors, LLC, New TR

Equity I, LLC, New TR Equity II, LLC, Jules Trump, Eddie Trump and Mark Hirsch, and the above sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

>Thomas J. Allingham II
>Skadden, Arps, Slate Meagher & Flom LLP
>One Rodney Square
>P. O. Box 636
>Wilmington, Delaware 19899-0636
>Telephone: (302) 651-3071
>Fax: (302) 651-3000
>Email: thomas.allingham@skadden.com

is admitted to practice *pro hac vice* as counsel for plaintiff/counterclaim defendant Glenclova Investment Co. and third party defendants TR Investors, LLC, New TR Equity I, LLC, New TR Equity II, LLC, Jules Trump, Eddie Trump and Mark Hirsch in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____, 2011
New York, New York

_____
United States District Judge

CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on October 31, 2011, I caused a true copy of the **Notice of Motion for Admission *Pro Hac Vice* of Thomas J. Allingham II** *with the annexed* **Declaration of William P. Frank in Support of Motion for Admission *Pro Hac Vice*** *dated October 27, 2011,* **Declaration of Thomas J. Allingham II in Support of Motion for Admission *Pro Hac Vice*** *dated October 27, 2011 and [Proposed]* **Order** to be served upon the following parties by first-class mail, postage prepaid:

Evangelos Michailidis
Snow Becker Krauss P.C.
605 Third Avenue
New York, NY 10158

John Dellaportas
Duane Morris, LLP (NYC)
1540 Broadway
New York, NY 10036-4086

Harold F. McGuire, Jr.
Yankwitt & McGuire, LLP
140 Grand Street, Penthouse 2
White Plains, NY 10601

Lauren J. Wachtler
Mitchell Silberberg & Knupp LLP (NY)
12 East 49th Street, 30th Floor
New York, NY 10017

Diane Boenig Cavanaugh
Lyons McGovern LLP
399 Knollwood Road, Suite 216
White Plains, NY 10603

Alan Edward Sash
McLaughlin and Stern, LLP
260 Madison Ave
New York, NY 10016

Robert Allen Meister
Pedowitz & Meister LLP
1501 Broadway
New York, NY 10036


Dated: New York, New York
       October 31, 2011

                                                                                     _____
                                                                                      Steven Ray Katzenstein