UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLENCLOVA INVESTMENT CO., <br>    Plaintiff, <br>  v. <br>TRANS-RESOURCES, INC. AND TPR INVESTMENT ASSOCIATES, INC., <br>    Defendants. <br>TPR INVESTMENT ASSOCIATES, INC., <br>    Third Party Plaintiff, <br>  v. <br>ARIE GENGER, <br>    Third Party Defendant <br>ARIE GENGER, <br>    Counterclaim Plaintiff, <br> -against- <br>GLENCOVA INVESTMENT CO., AND TPR INVESTMENT ASSOCIATES, INC., <br>    Counterclaim Defendants, <br> -and- <br>DALIA GENGER, et. al. <br>    Additional Defendants on <br>    The Counterclaim. | 08 civ. 7140 (JFK) <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned attorney, is appearing on behalf of Counterclaim Defendant, DALIA GENGER, in the above-captioned action. Defendant requests that all papers in connection with the above-captioned action be served upon the undersigned at the address listed below.

Dated: New York, New York
October 31, 2011

                PEDOWITZ & MEISTER LLP

                By: /s/ Marisa Warren
                Marisa Warren
                marisa.warren@pedowitzmeister.com
                1501 Broadway, Suite 800
                New York, New York 10036
                Tel: (212) 403 -7330
                Fax: (212) 354-6614
                *Attorneys for Counterclaim*
                *Defendant, Dalia Genger*