UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLENCLOVA INVESTMENT CO., a Cayman Islands corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　　- against -<br><br>TRI, INC., a Delaware corporation, and TPR INVESTMENT ASSOCIATES, INC., a Delaware corporation,<br><br>　　　　　　　Defendants. | Case No. 08-CV7140 (JFK) |

TPR INVESTMENT ASSOCIATES, INC.,

　　　　　　　Third-Party Plaintiff,

　　　- against -

ARIE GENGER,

　　　　　　　Intervenor Defendant, Third Party
　　　　　　　Defendant and Counterclaim Plaintiff

ARIE GENGER,

　　　　　　　Counterclaim Plaintiff

　　　- against -

GLENCLOVA INVESTMENT CO., and TPR INVESTMENT ASSOCIATES, INC.,

　　　　　　　Counterclaim Defendants

　　　- and -

SAGI GENGER, DALIA GENGER, THE SAGI GENGER 1993 TRUST, ROCHELLE FANG, Individually and as Trustee of the SAGI GENGER 1993 TRUST, TR INVESTORS, LLC, NEW TR EQUITY I, LLC, NEW TR EQUITY II, LLC, JULES TRUMP, EDDIE TRUMP and MARK HIRSCH,

　　　　　　　Third Party Defendants



USDC SDNY
DOC[ument]
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-2-11

　　　Upon the motion of William P. Frank, attorney for plaintiff/counterclaim defendant Glenclova Investment Co. and third party defendants TR Investors, LLC, New TR

Equity I, LLC, New TR Equity II, LLC, Jules Trump, Eddie Trump and Mark Hirsch, and the above sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

> Thomas J. Allingham II
> Skadden, Arps, Slate Meagher & Flom LLP
> One Rodney Square
> P. O. Box 636
> Wilmington, Delaware 19899-0636
> Telephone: (302) 651-3071
> Fax: (302) 651-3000
> Email: thomas.allingham@skadden.com

is admitted to practice *pro hac vice* as counsel for plaintiff/counterclaim defendant Glenclova Investment Co. and third party defendants TR Investors, LLC, New TR Equity I, LLC, New TR Equity II, LLC, Jules Trump, Eddie Trump and Mark Hirsch in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: November 2, 2011
New York, New York

_____
United States District Judge