**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GLENCLOVA INVESTMENT CO., a Cayman Islands corporation, | |
| Plaintiff, | Case No.  08-CV7140 (JFK) |
| - against - | |
| TRANS-RESOURCES, INC., a Delaware corporation, and TPR INVESTMENT ASSOCIATES, INC., a Delaware corporation, | |
| Defendants. | |

TPR INVESTMENT ASSOCIATES, INC.,

                Third-Party Plaintiff,

       - against -

ARIE GENGER,

             Intervenor Defendant, Third Party
             Defendant and Counterclaim Plaintiff

ARIE GENGER,

             Counterclaim Plaintiff

       - against -

GLENCLOVA INVESTMENT CO., and TPR INVESTMENT ASSOCIATES, INC.,

             Counterclaim Defendants

       - and -

SAGI GENGER, DALIA GENGER, THE SAGI GENGER 1993 TRUST, ROCHELLE FANG, Individually and as Trustee of the SAGI GENGER 1993 TRUST, TR INVESTORS, LLC, NEW TR EQUITY I, LLC AND NEW TR EQUITY II, LLC,

             Additional Defendants on the
             Counterclaim

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11-7-11

**STIPULATION AND PROPOSED SCHEDULING ORDER**

WHEREAS, at the November 3, 2011 pre-motion conference, the parties indicated their intention to file the following motions (the "Motions") and the Court directed counsel to confer on a schedule therefor:  (i) Arie Genger's motion to dismiss or stay this action; (ii) the Trump Group's motion for an injunction against Arie and Orly Genger and to stay this action pending completion of the plenary proceedings in the Delaware Court of Chancery; and (iii) TPR's motion to stay further proceedings in the state courts of New York and Delaware and to consolidate this action with the related proceeding pending before this Court with Case No. 11 Civ. 5602 (JFK); and

WHEREAS, the parties have agreed to a schedule for further briefing on the Motions;

NOW, THEREFORE, IT IS STIPULATED AND AGREED that, subject to the Court's approval, briefing on the Motions shall be as follows:  opening briefs due on or before November 18, 2011, answering briefs due on or before December 7, 2011, and reply briefs due on or before December 14, 2001, with oral argument to be scheduled at the convenience of the Court.

Dated: November 4, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

William P. Frank
(william.frank@skadden.com)
Four Times Square
New York, New York 10036
(212) 735-3000

- and -

Thomas J. Allingham II
(thomas.allingham@skadden.com)
Anthony W. Clark (admitted *pro hac vice*)
(anthony.clark@skadden.com)
One Rodney Square

P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
*Attorneys for Plaintiff and Counterclaim Defendant Glen-
clova Investment Co. and Additional Counterclaim De-
fendants TR Investors, LLC, New TR Equity I, LLC and
New TR Equity II, LLC*

Dated: November 4, 2011          DUANE MORRIS, LLP

                                 s/ *John Dellaportas, w/ permission* ☒☒
                                 John Dellaportas
                                 (dellajo@duanemorris.com)
                                 1540 Broadway
                                 New York, New York 10036
                                 (212)
                                 *Attorneys for Defendant, Third Party Plaintiff and Coun-
                                 terclaim Defendant TPR Investment Associates, Inc. and
                                 Additional Counterclaim Defendant The Sagi Genger 1993
                                 Trust*

Dated: November 4, 2011          MCLAUGHLIN & STERN, LLP

                                 s/ *Alan Sash, w/ permission.* ☒☒
                                 Alan Sash
                                 (asash@mclaughlinstern.com)
                                 260 Madison Avenue
                                 New York, NY 10016
                                 (212) 448 1100
                                 *Attorneys for Additional Counterclaim Defendant Sagi
                                 Genger*

Dated: November 4, 2011          PEDOWITZ & MEISTER LLP

                                 s/ *Robert A. Meister, w/ permission* ☒☒
                                 Robert A. Meister
                                 (robert.meister@pedowitzmeister.com)
                                 1501 Broadway
                                 New York, NY 10036
                                 (212) 403-7330
                                 *Attorneys for Additional Counterclaim Defendant Dalia
                                 Genger*

3

Dated: November 4, 2011

MITCHELL, SILBERBERG & KNUPP LLP

*Lauren J. Wachtler, w/ permission, w/p*

Lauren J. Wachtler
(ljw@msk.com)
12 East 49th Street, 30th Floor
New York, New York 10017-1028
(212) 509-3900
*Attorneys for Intervenor Defendant, Third Party Defendant and Counterclaim Plaintiff Arie Genger*

Dated: November 4, 2011

LYONS MCGOVERN, LLP

*Desmond C.E. Lyons, w/h permission, w/p*

Desmond C.B. Lyons
(dlyons@lyons-mcgovern.com)
399 Knollwood Road, Suite 216
White Plains, New York 10603
(914) 631-1336
*Attorneys for Additional Counterclaim Defendant Rochelle Fang, Individually and as Trustee of the Sagi Genger 1993 Trust*

IT IS SO ORDERED,
this _7_ day of _December_, 2011.

John F. Keenan
United States District Judge

4