# MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

**MS&K**

Lauren J. Wachtler
Partner
(917) 546-7705 Phone
(917) 546-7675 Fax
ljw@msk.com

**MEMO ENDORSED**

November 15, 2011

Hon. John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-16-11

Re: **Glenclova Investment Co. v. Trans-Resources, Inc., et. al., No. (08 civ. 7140) (JFK)**

Dear Judge Keenan,

We are counsel to defendant/counterclaim plaintiff Arie Genger in the above-referenced action.

On October 14, 2011, we were served with five separate Motions to Dismiss Arie's Counterclaim in this action made by 1) Glenclova, TR Investers, LLC, New TR Equity I, LLC, New TR Equity II, LLC, and Trans-Resources, Inc., Jules Trump, Eddie Trump and Mark Hirsch (Collectively the "Trump Group"), 2) Sagi Genger, 3) Dalia Genger, 4) TPR Investment Associates("TPR"), and 5) Rochelle Fang. Counsel to the Trump Group previously requested, and Your Honor granted, permission to increase the page limit for the Trump Group's opening brief based on the "complex nature of the case and extensive procedural history". Arie's opposition briefs are due on November 22, 2011.

In light of the complexity of the case, the number of issues, counterclaims and parties involved, we respectfully request permission to increase the page limit for our answering briefs to the motions of TPR and the Trump Group, by 20 pages each. We will incorporate by reference responsive arguments in these two briefs in opposition to the moving briefs of the remaining defendants, where appropriate, without seeking to increase the page limit as to the remaining motions to dismiss.

Thank you for your consideration.

Respectfully submitted,

*Lauren J. Wachtler*
Lauren J. Wachtler
of
MITCHELL SILBERBERG & KNUPP LLP

cc: All counsel (by e-mail)

> Arie Genger may file briefs in response to the motions to dismiss of no more than 35 pages.
> SO ORDERED.
> Dated: New York, N.Y.
>        November 16, 2011
>
> *John F. Keenan*
> U.S.D.J.

4270081.1/43419-00002

12 East 49th Street, 30th Floor, New York, New York 10017-1208
Phone: (212) 509-3900  Fax: (212) 509-7239  Website: WWW.MSK.COM