Keenan. J

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GLENCLOVA INVESTMENT CO., a Cayman Islands
corporation,

               Plaintiff,

       - against -

TRANS-RESOURCES, INC., a Delaware corporation, and TPR
INVESTMENT ASSOCIATES, INC., a Delaware corporation,

               Defendants.

---

TPR INVESTMENT ASSOCIATES, INC.,

               Third-Party Plaintiff,

       - against -

ARIE GENGER,

               Intervenor Defendant, Third Party
               Defendant and Counterclaim Plaintiff

---

ARIE GENGER,

               Counterclaim Plaintiff

       - against -

GLENCLOVA INVESTMENT CO., and TPR INVESTMENT
ASSOCIATES, INC.,

               Counterclaim Defendants

       - and -

SAGI GENGER, DALIA GENGER, THE SAGI GENGER 1993
TRUST, ROCHELLE FANG, Individually and as Trustee of the
SAGI GENGER 1993 TRUST, TR INVESTORS, LLC, NEW TR
EQUITY I, LLC, NEW TR EQUITY II, LLC, JULES TRUMP,
EDDIE TRUMP, MARK HIRSCH and TRANS-RESOURCES,

               Third Party Defendants

**ORDER**

Case No. 08-CV7140 (JFK)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-6-11



WHEREAS, on October 13, 2011, Plaintiff Glenclova Investment Co. ("Glenclova"), together with third-party defendants TR Investors, LLC, New TR Equity I, LLC, New TR Equity II, LLC, Jules Trump, Eddie Trump, Mark Hirsch and Trans-Resources, Inc. (collectively, the "Trump Group Defendants") requested, and this Court granted, a ten (10) page extension for the Trump Group Defendants' opening Memorandum of Law in Support of their Motion to Dismiss Arie Genger's "Counterclaims" and Motion to Strike Affirmative Defenses,

WHEREAS, on November 15, 2011, Defendant and counterclaim Plaintiff Arie Genger requested a twenty (20) page extension for his Opposition to the Trump Groups' Motion to Dismiss, and this Court granted a ten (10) page extension,

WHEREAS, on December 9, 2011, the Trump Group Defendants will file a reply Memorandum of Law in Further Support of their Motion to Dismiss Arie Genger's "Counterclaims" and Motion to Strike Affirmative Defenses (the "Reply Memorandum of Law")

WHEREAS, Glenclova and the Trump Group Defendants have requested a ten (10) page extension for their Reply Memorandum of Law (the "Request"),

NOW, THEREFORE, the Request is GRANTED.   Glenclova and the Trump Group Defendants may file a Reply Memorandum of Law in a form not to exceed 20 pages.

SO ORDERED:

_John F. Keenan_
Honorable John F. Keenan
United Stated District Judge

_12/6/11_
Date

667514-Wilmington Server 1A - MSW