UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLENCLOVA INVESTMENT CO., a Cayman Islands corporation,

   Plaintiff,

- against -

TRANS-RESOURCES, INC., a Delaware corporation, and TPR INVESTMENT ASSOCIATES, INC., a Delaware corporation,

   Defendants.

---

TPR INVESTMENT ASSOCIATES, INC.,

   Third-Party Plaintiff,

- against -

ARIE GENGER,

   Intervenor Defendant, Third Party Defendant and Counterclaim Plaintiff

---

ARIE GENGER,

   Counterclaim Plaintiff

- against -

GLENCLOVA INVESTMENT CO., and TPR INVESTMENT ASSOCIATES, INC.,

   Counterclaim Defendants

- and -

SAGI GENGER, DALIA GENGER, THE SAGI GENGER 1993 TRUST, ROCHELLE FANG, Individually and as Trustee of the SAGI GENGER 1993 TRUST, TR INVESTORS, LLC, NEW TR EQUITY I, LLC and NEW TR EQUITY II, LLC,

   Additional Defendants on the Counterclaim

---

Case No. 08-CV7140 (JFK)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that counterclaim defendant ROCHELLE FANG, Individually and as Trustee of the SAGI GENGER 1993 TRUST, hereby appears herein by its attorneys, Lyons McGovern, LLP, 399 Knollwood Road, White Plains, New York 10603.

Dated: White Plains, New York
December 13, 2011

LYONS MCGOVERN, LLP

By:_____
Desmond C.B. Lyons
(dlyons@lyons-mcgovern.com)
399 Knollwood Road, Suite 216
White Plains, NY 10603
Phone: 914.631.1336
*Attorneys for Defendant 84 Purchase Street, LLC*