**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GLENCLOVA INVESTMENT CO., a Cayman Islands corporation, | |
| Plaintiff, | |
| - against - | Case No.  08-CV-7140 (JFK) |
| TRANS-RESOURCES, INC., a Delaware corporation, and TPR INVESTMENT ASSOCIATES, INC., a Delaware corporation, | |
| Defendants. | |
| TPR INVESTMENT ASSOCIATES, INC., | |
| Third-Party Plaintiff, | |
| - against - | |
| ARIE GENGER, | |
| Intervenor Defendant, Third Party Defendant and Counterclaim Plaintiff. | |
| ARIE GENGER, | |
| Counterclaim Plaintiff | |
| - against - | |
| GLENCLOVA INVESTMENT CO., and TPR INVESTMENT ASSOCIATES, INC., | |
| Counterclaim Defendants | STIPULATION |
| - and - | |
| SAGI GENGER, DALIA GENGER, THE SAGI GENGER 1993 TRUST, ROCHELLE FANG, Individually and as Trustee of the SAGI GENGER 1993 TRUST, TR INVESTORS, LLC, NEW TR EQUITY I, LLC AND NEW TR EQUITY II, LLC, | |
| Additional Defendants on the Counterclaim. | |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-13-11

IT IS STIPULATED AND AGREED, subject to the Court's approval, that:

1. Arie Genger shall file and serve his response or otherwise move against the Counterclaims of the Glenclova Investment Co., TR Investors, LLC, New TR Equity I, LLC, New TR Equity II, LLC, Jules Trump, Eddie Trump And Mark Hirsch ("The Trump Group") To Arie Genger's First Amended Counterclaims on or before December 23, 2011 with the consent hereby given by the undersigned attorneys for parties who have appeared or been named in this action, and all rights, claims and defenses of all parties to this action are preserved with respect to the pleadings in this action.

2. The parties may execute this Stipulation in separate counterparts, each of which shall be deemed an original instrument, and facsimile or email copies shall be treated as originals.

3. The parties shall agree to enter into a briefing schedule, subject to order of the Court, on any motions that Arie Genger may make in response to the Trump Group's counterclaims.

Dated: December 12, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

William P. Frank
(william.frank@skadden.com)
Four Times Square
New York, New York 10036
(212) 735-3000

- and -

Thomas J. Allingham II
(thomas.allingham@skadden.com)
Anthony W. Clark (admitted *pro hac vice*)
(anthony.clark@skadden.com)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
*Attorneys for Glenclova Investment Co., TR Investors, LLC, New TR Equity I, LLC, New TR Equity II, LLC, Jules Trump, Eddie Trump and Mark Hirsch*

2

Dated: December 23, 2011

MITCHELL, SILBERBERG & KNUPP LLP

Paul D. Montclare
(pdm@msk.com)
Lauren J. Wachtler
(ljw@msk.com)
12 East 49th Street, 30th Floor
New York, New York 10017-1028
(212) 509-3900
*Attorneys for Intervenor Defendant, Third Party*
*Defendant and Counterclaim Plaintiff Arie Genger*

IT IS SO ORDERED,
this _13_ day of _December_ , 2011.

John F. Keenan
United States District Judge

3