```
                                          ┌─────────────────────────────┐
                                          │ USDC SDNY                   │
                                          │ DOCUMENT                    │
UNITED STATES DISTRICT COURT              │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK             │ DOC #: _____    │
------------------------------------X     │ DATE FILED: 1-10-12         │
GLENCLOVA INVESTMENT CO.,           :     └─────────────────────────────┘
                                    :
               Plaintiff,           :
                                    :
     -against-                      :     No. 08 Civ. 7140 (JFK)
                                    :
TRANS-RESOURCES, INC. and TPR       :
INVESTMENT ASSOCIATES, INC.,        :
                                    :
               Defendants.          :
------------------------------------X
PEDOWITZ & MEISTER LLP,             :
                                    :
               Plaintiff,           :
                                    :
     -against-                      :     No. 11 Civ. 5602 (JFK)
                                    :
TPR INVESTMENT ASSOCIATES, INC.,    :
GLENCLOVA INVESTMENT CO., TR        :
INVESTORS, LLC, NEW TR EQUITY I,    :
LLC, NEW TR EQUITY II, LLC, DALIA   :
GENGER, as trustee of the Orly      :
Genger 1993 Trust, and ORLY         :
GENGER,                             :
                                    :
               Defendants.          :
------------------------------------X
SKADDEN, ARPS, SLATE, MEAGHER &     :
FLOM, LLP,                          :
                                    :
               Plaintiff,           :
                                    :
     -against-                      :     No. 11 Civ. 7923 (JFK)
                                    :
TPR INVESTMENT ASSOCIATES, INC.,    :
GLENCLOVA INVESTMENT CO., TR        :
INVESTORS, LLC, NEW TR EQUITY I,    :
LLC, NEW TR EQUITY II, LLC, and     :
ARIE GENGER,                        :     **ORDER**
                                    :
               Defendants.          :
------------------------------------X
```

1

**JOHN F. KEENAN, United States District Judge:**

The Court having received extensive correspondence regarding pending and anticipated motions in each of the above-captioned cases, it is hereby **ORDERED** as follows:

1. Defendant TPR Investment Associates, Inc.'s December 29, 2011 request for leave to move for partial summary judgment in the Skadden interpleader action is denied as premature. Defendant has already filed a motion to enjoin Delaware and New York state actions in favor of federal jurisdiction; this motion – along with numerous similar motions pending in the two related cases – must be resolved before the Court can entertain the proposed dispositive motion.

2. Plaintiff Skadden, Arps, Slate, Meagher & Flom, LLP's January 3, 2012 request to stay Defendant Arie Genger's motion to dismiss the Skadden interpleader action is denied.  In the interest of judicial economy, the motion will be considered in conjunction with the other currently pending injunction motions and motions to dismiss which raise related questions of forum and/or jurisdiction. Counsel are directed to set a briefing schedule amongst themselves, with the fully-briefed motion to dismiss to be filed no later than February 3, 2012.

3. Oral argument will be heard on February 21, 2012 at 2:30 p.m. in Courtroom 20-C on the following forum-related motions:

<u>Glenclova Investment v. Trans-Resources</u>, No. 08 Civ. 7140

- TPR Investment Associates' Motion to Enjoin and Consolidate [Docket No. 122]
- Arie Genger's Motion to Dismiss or Stay [Docket No. 124]
- The Trump Group's Motion for a Preliminary Injunction and Stay [Docket No. 133]

<u>Pedowitz & Meister</u> Interpleader, No. 11 Civ. 5602

- Orly Genger's Motion to Dismiss [Docket No. 8]
- TPR Investment Associates' Motion to Enjoin and Consolidate [Docket No. 37]
- Dalia Genger's Motion to Enjoin [Docket No. 40]
- The Trump Group's Motion for a Preliminary Injunction and Stay [Docket No. 48]

<u>Skadden</u> Interpleader, No. 11 Civ. 7923

- TPR Investment Associates' Motion to Enjoin and Consolidate [Docket No. 11]
- The Trump Group's Motion for a Preliminary Injunction and Stay [Docket No. 14]
- Arie Genger's Motion to Dismiss [forthcoming]

4.  Depending on the outcome of the various motions to enjoin or stay <u>Glenclova Investment v. Trans-Resources</u>, the Court will hear oral argument on Rochelle Fang's Motion to Dismiss [Docket No. 87], Dalia Genger's Motion to Dismiss [Docket No. 89], TPR Investment Associates and the Sagi Genger 1993 Trust's Motion to Dismiss [Docket No. 94], Sagi Genger's Motion to Dismiss [Docket No. 99], and the Trump Group's Motion to Dismiss [Docket No. 100] on a date to be determined.

**SO ORDERED.**

Dated:   New York, New York
         January 10, 2012

_____
John F. Keenan
United States District Judge