UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Glenclova Investment Co.,        Plaintiff,    Case No. 08 civ 7140 (JFK)

-against-

Trans-Resources, Inc. and TPR
Investment Associates Inc.,       Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Robert A. Meister Esq.**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: RM 7408          My State Bar Number is 1328301

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Pedowitz & Meister LLP
            FIRM ADDRESS: 1501 Broadway, Suite 800, New York, NY 10036
            FIRM TELEPHONE NUMBER: 212.403.7330
            FIRM FAX NUMBER: 212.354.6614

NEW FIRM:   FIRM NAME: Pedowitz & Meister LLP
            FIRM ADDRESS: 570 Lexington Avenue, 18th Fl, New York, NY 10022
            FIRM TELEPHONE NUMBER: 212.403.7330
            FIRM FAX NUMBER: 212.354.6614

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: August 22, 2012

_____
ATTORNEY'S SIGNATURE