UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLENCLOVA INVESTMENT CO., a Cayman Islands Corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>TRANS-RESOURCES, INC., a Delaware Corporation, and TPR INVESTMENT ASSOCIATES, INC., a Delaware Corporation,<br><br>   Defendants. | Case No. 08-CV-7140 (JFK) |
| TPR INVESTMENT ASSOCIATES, INC.,<br><br>   Third-Party Plaintiff,<br><br>  v.<br><br>ARIE GENGER,<br><br>   Intervener/Defendant, Third Party Defendant, and Counterclaim Plaintiff. | **JOINT REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)** |
| ARIE GENGER,<br><br>   Counterclaim Plaintiff,<br><br>  -against-<br><br>GLENCLOVA INVESTMENT CO., and TPR INVESTMENT ASSOCIATES, INC.,<br><br>   Counterclaim Defendants<br><br>  -and-<br><br>SAGI GENGER, DALIA GENGER, THE SAGI GENGER 1993 TRUST, ROCHELLE FANG, Individually and as Trustee of THE SAGI GENGER 1993 TRUST, TR INVESTORS, LLC, NEW TR EQUITY I, LLC, NEW TR EQUITY II, LLC, JULES TRUMP, EDDIE TRUMP, MARK HIRSCH and TRANS-RESOURCES, INC.,<br><br>   Additional Counterclaim Defendants | |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Intervener/Defendant, Third Party Defendant and Counterclaim Plaintiff Arie Genger ("Arie"), Plaintiff and Counterclaim Defendants Glenclova Investment Co. and Additional Counterclaim Defendants TR Investors, LLC, New TR Equity I, LLC, New TR Equity II, LLC, Jules Trump, Eddie Trump, Mark Hirsch and Trans-Resources, Inc. (collectively, the "Trump Group") hereby jointly request that all claims and counterclaims of Arie against the Trump Group are voluntarily dismissed with prejudice, all parties to bear their own attorney's fees and costs.

Nothing in this request is intended to dismiss, discontinue or release any claim asserted by Glenclova Investment Co. in this action against TPR Investment Associates, Inc.

DATED: New York, New York  
June 19, 2013

MITCHELL SILBERBERG & KNUPP LLP

By: _____  
Lauren J. Wachtler (ljw@msk.com)  
Paul D. Montclare (pdm@msk.com)  
12 East 49th Street, 30th Floor  
New York, New York 10017-1028  
Telephone: (212) 509-3900  
Facsimile: (212) 509-7239

*Attorneys for Defendant and Counterclaim Plaintiff Arie Genger*

5385329.2/43419-00002.Error!  
Unknown document property

1

2

          SKADDEN, ARPS, SLATE MEAGHER &
          FLOM LLP

By: _____
     William P. Frank
     Thomas Allingham, II
     William.Frank@skadden.com
     Thomas.Allingham@skadden.com
     Four Times Square
     New York, New York 10036
     (212) 735-3000

*Attorneys for Plaintiff and Counterclaim
Defendants and Additional Counterclaim
Defendants the "Trump Group"*

5385329.2/43419-00002.Error!
Unknown document property

2