UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

Glenclova Investment Co.           :

                                   :

            -v-                    :     08 Civ. 7140 (JFK)

Trans-Resources, Inc.              :
and TPR Investment Associates, Inc.:

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-25-13

As requested a Pre-Motion Conference has been scheduled in the above referenced case for July 17, 2013 at 10:30 A.M. in Courtroom 20-C at 500 Pearl St.

Please notify your adversary as to this conference.

Dated: 6-25-2013

Yours very truly

William Ryan

Clerk to J. Keenan