UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
GLENCLOVA INVESTMENT CO.              :

      Plaintiff,                      :

  - v. -                                  :  Case No. 08-Civ.-7140 (JFK)

TRANS-RESOURCES, INC. AND TPR         :  ECF Case
INVESTMENT ASSOCIATES, INC.
                                            :

      Defendants.                     :
---------------------------------------- X
TPR INVESTMENT ASSOCIATES, INC.       :  **NOTICE OF APPEARANCE**

      Third-Party Plaintiff,         :

  v.                                      :

ARIE GENGER,                          :

      Intervener/Defendant, Third-    :
      Party Defendant, and
      Counterclaim Plaintiff
---------------------------------------- X
ARIE GENGER,                          :

      Counterclaim Plaintiff,         :

  - against –                             :

GLENCOVA INVESTMENT CO., and TPR      :
INVESTMENT ASSOCIATES, Inc.

      Counterclaim Defendants         :

  -and-                                   :
SAGI GENGER, DALIA GENGER, THE
SAGI GENGER 1993 TRUST, ROCHELLE      :
FANG, Individually and as Trustee of THE
SAGI GENGER 1993 TRUST, TR            :
INVESTORS, LLC, NEW TR EQUITY I,
LLC, NEW TR EQUITY II, LLC, JULES     :
TRUP, EDDIE TRUMP, MARK HIRSCH and
TRANS-RESOURCES, INC.                 :

      Additional Counterclaim         :
      Defendants
---------------------------------------- X

**PLEASE TAKE NOTICE** of the appearance of Nicholas Schretzman, of the firm of Morgan, Lewis & Bockius LLP, as counsel in the above-captioned action on behalf of Defendant and Third-Party Plaintiff TPR INVESTMENT ASSOCIATES, INC. and additional Defendants on Counterclaim SAGI GENGER and THE SAGI GENGER 1993 TRUST.  I request that all papers in connection with the above-captioned action be served upon the undersigned at the address listed below and certify that I am admitted to practice in this Court.

Dated: July 16, 2013

                                                MORGAN, LEWIS & BOCKIUS LLP

                                            By:   /s/ *Nicholas Schretzman*
                                                  Nicholas Schretzman (NS-0714)
                                                  101 Park Avenue
                                                  New York, New York 10178
                                                  Tel:  (212) 309-6000
                                                  Fax: (212) 309-6001
                                                  nschretzman@morganlewis.com