# MITCHELL SILBERBERG & KNUPP LLP

A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

**MS&K**

Lauren J. Wachtler
(917) 546-7705 Phone
(917) 546-7675 Fax
ljw@msk.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-19-13

RECEIVED
AUG 19 2013
JUDGE KEENAN'S CHAMBERS

August 16, 2013

**BY HAND**
Hon. John F. Keenan
United States District Court
500 Pearl Street, Room 1930
New York, New York 10007

Re:   *Glenclova Investment Co. v. Trans-Resources, Inc., et al.*, Case No. 08 Civ. 7140

Dear Judge Keenan:

We represent Third Party Defendant Arie Genger ("Arie") in the above-referenced action.

In accordance with Your Honor's direction, the Defendant/Third-Party Plaintiff TPR Investment Associates and Counterclaim Defendant Sagi Genger have made a motion for an order lifting the temporary stay of the proceedings before this Court in the above-referenced action. Our answering papers are currently due on August 30, 2013. I have spoken with counsel to the Defendant and Counterclaim Defendant and he has agreed to extend the time within which our answering papers are due for a two week period until September 13, 2013. We have also agreed that any reply papers would be due one week thereafter, on September 20, 2013. It is respectfully requested that Your Honor "So-Order" this letter with respect to this amended briefing schedule.

There have been no previous requests for any extensions of time.

Thank you for your consideration.

Respectfully submitted,

*Lauren J. Wachtler*
Lauren J. Wachtler
Partner of
MITCHELL SILBERBERG & KNUPP LLP

cc:   All Counsel of Record (via email)

The application is granted. Glenclova's time to respond is also extended to Sept. 13, 2013.

SO ORDERED:

*John F. Keenan* 8-19-13
Hon. John F. Keenan

5488501.1/43419-00002

12 East 49th Street, 30th Floor, New York, New York 10017-1028
Phone: (212) 509-3900 Fax: (212) 509-7239 Website: www.MSK.COM