**MEMO ENDORSED**

**Morgan Lewis**
COUNSELORS AT LAW

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

**Nicholas Schretzman**
212.309.6257
nschretzman@morganlewis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-23-13

September 18, 2013

**BY HAND**

Hon. John F. Keenan
United States District Court
500 Pearl Street, Room 1930
New York, New York 10007

Re:   Glenclova Investment Co. v. Trans-Resources, Inc., et al., Case No. 08 Civ. 7140

Dear Judge Keenan:

We represent Defendant/Third-Party Plaintiff TPR Investment Associates, Inc. ("TPR") and Counterclaim Defendant Sagi Genger ("Sagi") in the above-referenced action. On July 31, 2013, TPR and Sagi served on the parties a motion for an order lifting the temporary stay of proceedings before this Court in the above-referenced action. Answering papers were due on August 30, 2013. On August 19, 2013, Your Honor granted Third Party Defendant Arie Genger's request for an extension of its deadline to respond until September 13, 2013. As a result, the deadline for TPR's and Sagi's reply papers was set for September 20, 2013. We have since corresponded with counsel to Arie Genger and counsel to the Trump Group and they have agreed to extend the deadline for TPR's and Sagi's reply papers by one week until September 27, 2013. It is respectfully requested that Your Honor "So-Order" this letter and thereby grant TPR and Sagi until September 27, 2013 to reply.

Thank you for your consideration.

Sincerely,

*/s/ Nicholas Schretzman*
Nicholas Schretzman

c: All Counsel of Record (via e-mail)

The application is granted.
SO ORDERED.

Dated:   New York, N.Y.
         Sept. 23, 2013

*/s/ John F. Keenan*
U.S.D.J.