UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| GLENCLOVA INVESTMENT CO. | |
| Plaintiff, | |
| - v. - | Case No. 08-Civ.-7140 (JFK) |
| TRANS-RESOURCES, INC. AND TPR INVESTMENT ASSOCIATES, INC. | ECF Case |
| Defendants. | |
| TPR INVESTMENT ASSOCIATES, INC. | **NOTICE OF MOTION** |
| Third-Party Plaintiff, | **Oral Argument Requested** |
| v. | |
| ARIE GENGER, | |
| Intervener/Defendant, Third-Party Defendant, and Counterclaim Plaintiff | |
| ARIE GENGER, | |
| Counterclaim Plaintiff, | |
| - against – | |
| GLENCLOVA INVESTMENT CO., and TPR INVESTMENT ASSOCIATES, Inc. | |
| Counterclaim Defendants | |
| -and- | |
| SAGI GENGER, DALIA GENGER, THE SAGI GENGER 1993 TRUST, ROCHELLE FANG, Individually and as Trustee of THE SAGI GENGER 1993 TRUST, TR INVESTORS, LLC, NEW TR EQUITY I, LLC, NEW TR EQUITY II, LLC, JULES TRUMP, EDDIE TRUMP, MARK HIRSCH and TRANS-RESOURCES, INC. | |
| Additional Counterclaim Defendants | |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and the Declaration of John Dellaportas and exhibits thereto, and all papers and proceedings heretofore had herein, Defendant and Third-Party Plaintiff TPR INVESTMENT ASSOCIATES, INC. and additional Defendant on Counterclaim SAGI GENGER, by and through their attorneys, Morgan, Lewis & Bockius LLP, will move this Court before the Honorable John F. Keenan, United States District Court Judge for the Southern District of New York, 500 Pearl Street, New York, New York 1007, on a date and time to be set by the Court, for an Order lifting the temporary stay of these proceedings which was ordered by the Court on June 14, 2012 (Dkt # 164).

Dated: July 31, 2013

                                    MORGAN, LEWIS & BOCKIUS LLP

                              By:   /s/ *John Dellaportas*
                                    John Dellaportas
                                    Nicholas Schretzman (NS-0714)
                                    101 Park Avenue
                                    New York, New York 10178
                                    Tel: (212) 309-6000
                                    Fax: (212) 309-6001
                                    jdellaportas@morganlewis.com
                                    nschretzman@morganlewis.com