**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- X

GLENCLOVA INVESTMENT CO.            :

        Plaintiff,            :

   - v. -            :  Case No. 08-Civ.-7140 (JFK)

TRANS-RESOURCES, INC. AND TPR            :  ECF Case
INVESTMENT ASSOCIATES, INC.

        Defendants.            :

------------------------------------- X

TPR INVESTMENT ASSOCIATES, INC.            :

        Third-Party Plaintiff,            :

   v.            :

ARIE GENGER,            :

        Intervener/Defendant, Third-            :
        Party Defendant, and
        Counterclaim Plaintiff

------------------------------------- X

ARIE GENGER,            :

        Counterclaim Plaintiff,            :

   - against –            :

GLENCOVA INVESTMENT CO., and TPR            :
INVESTMENT ASSOCIATES, Inc.

        Counterclaim Defendants            :

   -and-            :
SAGI GENGER, DALIA GENGER, THE
SAGI GENGER 1993 TRUST, ROCHELLE            :
FANG, Individually and as Trustee of THE
SAGI GENGER 1993 TRUST, TR            :
INVESTORS, LLC, NEW TR EQUITY I,
LLC, NEW TR EQUITY II, LLC, JULES            :
TRUP, EDDIE TRUMP, MARK HIRSCH and
TRANS-RESOURCES, INC.            :

        Additional Counterclaim            :
        Defendants

------------------------------------- X

## CERTIFICATE OF SERVICE

I, Nicholas Schretzman, the undersigned counsel for TPR Investment Associates, Inc. and Sagi Genger, do hereby certify that on this 31st day of July, 2013, I caused a copy of the (1) Notice of Motion, (2) Memorandum in Support of the Notice of Motion, and (3) Declaration of John Dellaportas in Support, to be served by causing a copy thereof to be mailed via first class mail, postage prepaid, to the counsel of record in this action.

Dated: New York, New York
      July 31, 2013

By:   /s/ *Nicholas Schretzman*
       Nicholas Schretzman (NS-0714)
       101 Park Avenue
       New York, New York 10178
       Tel:  (212) 309-6000
       Fax: (212) 309-6001
       nschretzman@morganlewis.com