UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

Glenclova Investment Co.          :

            - v -                 :              08 Civ. 7140 (JFK)

Trans-Resources, Inc.             :
and TPR Investment Associates, Inc. :

                                  :

                                  :

---------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED  10-2-13
```

PLEASE BE ADVISED THAT ORAL ARGUMENT HAS BEEN
SCHEDULED FOR _Oct. 31, 2013_ AT _11:45 A.M._, IN COURTROOM 20-C
                                                                500 PEARL S

PLEASE NOTIFY OPPOSING COUNSEL AS TO THIS DATE.

Dated: 10-2-13

                                    RESPECTFULLY,

                                    William Ryan

                                    CLERK TO J. KEENAN